# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. ___6:13-MJ-10 MJS___

U.S.A.

v.

JESSE HETTENHOUSER

<div style="border:1px solid red">ORDER TO PAY</div>

<div style="border:1px solid red">(this area intentionally left blank)</div>

---

## YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✔) **FINE** of $ ___990.00___        (✔) **Penalty ASSESSMENT** of $ ___10.00___

( ) **PROCESSING Fee** of $ _____        for a **TOTAL AMOUNT** of $ ___1000.00 (in cash)___ ,

paid within ___17 months___ days / months **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments**
**could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
(✔) COMMUNITY SERVICE ___70 hours___ with fees not to exceed $ _____
to be completed by ___w/i 17 months of sentence date___ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✔) PROBATION to be unsupervised / supervised for: ___Counts 2 and 3: 18 months of unsupervised probation.___
Community service to be performed at a non-profit organization with proof of completion to be provided to the Court.
Defendant is to attend, and complete, DMV's 1st-Time Offender Program within 17 months of date of sentence. Obey
all laws. Appeal rights waived. Counts 1,4, and 5 are dismissed.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
P.O. Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✔] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for
payment received.

DATED: ___10/4/2014___        ___Michelle Means Rooney___
for: U.S. Magistrate Judge Michael J. Seng

EDCA - Rev 4/2007